**Order filed May 22, 2012**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00941-CV
_____

**HECTOR GAINES BARKLEY, III, Appellant**

**V.**

**TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee**

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 10-CV-3087A**

---

## O R D E R

Appellant's brief was due April 23, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief to the clerk of this court on or before **June 22, 2012**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM